

**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**Plaintiff(s):**         JAMES WATSON

**Defendant(s):**         OFFICER NEBERIEZA, etc.

**County of Residence:**         COOK

**County of Residence:**

**Plaintiff's Address:**

**Defendant's Attorney:**

James Watson
#2007-0039203
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

⌐ **FILED**

MAR 1 9 2008
Mar 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis
of Jurisdiction:**   ☐1. U.S. Government Plaintiff          ☑3. Federal Question
(U.S. gov't. not a party)

☐2. U.S. Government Defendant          ☐4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

**Plaintiff:**

**Defendant:**

**08CV1604
JUDGE BUCKLO
MAG. JUDGE COX**

**Origin:**   ☑1. Original Proceeding          ☐5. Transferred From Other District

☐2. Removed From State Court          ☐6. MultiDistrict Litigation

☐3. Remanded From Appellate Court          ☐7. Appeal to District Judge from
Magistrate Judgment

☐4. Reinstated or Reopened

**Nature of Suit:** 550 Prisoner civil rights

**Cause of Action:** 42:1983pr

**Jury Demand:**   ☑Yes          ☐No

**Signature:** A. E. Woodham          **Date:** 03/19/2008