UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 19 2008
Mar 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAMES WATSON

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Chicago Police 4th District Officier, #11041 Neberieza Star #11041

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

08CV1604
JUDGE BUCKLO
MAG. JUDGE COX

Case No: _____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I.    Plaintiff(s):

Revised: 7/20/05

A. Name: JAMES WATSON

B. List all aliases: NA

C. Prisoner identification number: 20070039203 #

D. Place of present confinement: Cook County Div-11

E. Address: P.O. Box-089002 Chicago IL-60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Chicago Police 4th District
   Title: Officer Neberieza #1041
   Place of Employment: 3151 W. Harrison

B. Defendant: _____
   Title: _____
   Place of Employment: _____

C. Defendant: _____
   Title: _____
   Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised: 7/20/05

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( ) NO (✓)  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( ) NO (✓)

C. If your answer is **YES**:

1. What steps did you take?

   N/A

2. What was the result?

   N/A

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

   N/A

D. If your answer is NO, explain why not:

   NO GRIEVANCE PROCCESS

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (✓)

G. If your answer is YES:

1. What steps did you take?

   NA

2. What was the result?

   NA

H. If your answer is NO, explain why not:

   NA

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: JAMES WATSON

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised: 7/20/05

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I STATE AND STAND BY MY CLAIM Chicago Police Officer 4th, District UNlAWfully WENt iN My Residents Without permission RamSacked AND Destroy personal & Valueble Items And Confensated US. Currency And Jewelry for know aparent Reason I lost my Resident And Everything I Owned.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Humibly Request the Honorable Judge To Issue And Order Declaring defendant pay In Amount of $83,000 Compensotorie Damages And Amount $76,000 in Prunitive Damages, OR whatever the Court Feels Fair,

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 13-th day of MARCh, 20 08

James Watson

James Watson
(Signature of plaintiff or plaintiffs)

JAMES WATSON
(Print name)

20070039203
(I.D. Number)

P.O. Box-089002
Div-11- Chicago IL, 60608
Cook County
(Address)

8

Revised: 7/20/05