UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

James Watson
                       Plaintiff,

v.                                       Case No.: 1:08−cv−01604
                                              Honorable Elaine E. Bucklo

Officer Neberieza
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Initial status hearing set for 4/30/08 at 9:30 a.m. in Courtroom 1342. The parties are directed to review and to comply with Judge Cox's Order Setting Initial Status Report for Cases Assigned to Judge Cox. Copies are available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.