IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES WATSON | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1604 |
| | ) | |
| v. | ) | |
| | ) | Judge Bucklo |
| OFFICER NEBERIEZA, #11041, | ) | |
| | ) | Magistrate Judge Cox |
| Defendant. | ) | |
| | ) | |

**DEFENDANT OFFICER NEBERIEZA'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant Officer Neberieza, by one of his attorneys, Helen C. Gibbons, Assistant Corporation Counsel for the City of Chicago, moves for an extension of time up to and including July 8, 2008, to answer or otherwise plead to plaintiff's complaint. In support of this motion, the City states as follows:

1. On April 3, 2008, plaintiff filed the current action, alleging constitutional violations Defendant Officer Neberieza.

2. Plaintiff's complaint and summons were served on Defendant Officer Neberieza on April 16, 2008. Defendant Officer Neberieza was due to answer or otherwise plead by May 6, 2008.

3. Undersigned counsel was assigned this matter on June 3, 2008.

4. Counsel for Defendant Officer Neberieza has not yet begun the process of investigating the allegations in plaintiff's complaint.

5. Therefore, counsel for Defendant Officer Neberieza requests an extension of time to July 8, 2008, to answer or otherwise plead to plaintiff's complaint.

7. This motion is Defendant Officer Neberieza's first request for an extension of time to answer or otherwise plead. This request is not made for the purpose of delay or for any other improper purpose.

　　　　WHEREFORE, Defendant Officer Neberieza requests that this Court grant it an extension of time up to an including July 8, 2008, to answer or otherwise plead to plaintiff's complaint.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　BY:　/s/ Helen C. Gibbons
　　　　　　　　　　　　　　　　　HELEN C. GIBBONS
　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

City of Chicago, Department of Law
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-3541 Phone
(312) 744-3989 Fax
Attorney No. 6292881

## CERTIFICATE OF SERVICE

  I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon pro se plaintiff Stevie Jackson pursuant to ECF, and by sending a copy via U.S. Mail to the address listed below, in accordance with the rules of electronic filing of documents, on this 6th day of June, 2008.

  James Watson
  Inmate No. 0039203
  2600 S. California Ave.
  P.O. Box 089002
  Chicago, Illinois 60608

            /s/ Helen C. Gibbons
            HELEN C. GIBBONS