IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES WATSON | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 1604 |
| | ) | |
| v. | ) | |
| | ) | Judge Bucklo |
| OFFICER NEBERIEZA, #11041, | ) | |
| | ) | Magistrate Judge Cox |
| Defendant. | ) | |

### NOTICE OF MOTION

To:   James Watson
      Inmate No. 0039203
      2600 S. California Ave.
      P.O. Box 089002
      Chicago, Illinois 60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICER NEBERIEZA'S MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Cox, or before such other Judge sitting in her place or stead, on the 19th day of June, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 6th day of June 2008.

                                            Respectfully submitted,

                                            BY:   /s/ Helen C. Gibbons
City of Chicago, Department of Law                HELEN C. GIBBONS
30 North LaSalle Street, Suite 1020               Assistant Corporation Counsel
Chicago, Illinois  60602
(312) 742-3541