**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James Watson
                           Plaintiff,

v.                                       Case No.: 1:08−cv−01604
                                                     Honorable Elaine E. Bucklo

Officer Neberieza
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Defendant's counsel only appears. Defendant's motion for extension of time to file answer or otherwise plead to plaintiff's complaint [15] is granted. Defendant to file answer or responsive pleading by 7/8/08. Status hearing set for 7/10/08 at 9:30 a.m. Plaintiff is given leave to participate by telephone if necessary. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.