**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

James Watson
                      Plaintiff,

v.                                                             Case No.: 1:08−cv−01604
                                                                    Honorable Elaine E. Bucklo

Officer Neberieza
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Plaintiff appears for status hearing. Status hearing set for 7/10/08 at 9:30 a.m. is stricken. Defendant's counsel advised the Court that she has been unable to discuss this case with her client in depth. Defendant's oral motion for an extension of time to 7/25/08 to answer or otherwise plead is granted. No other extensions will be allowed. Plaintiff files a notice of change of address in open court. Status hearing set for 7/29/08 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.