*notice of change of address*

**APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: James Watson Jr.
(Please print)

STREET ADDRESS: 133 N. Kildare-Av

CITY/STATE/ZIP: Chicago IL. 60624

PHONE NUMBER: 773-318-8014

CASE NUMBER: 08 C 1604

Signature: James Watson

Date: 7-8-08

*FILED JUL 08 2008
MAGISTRATE JUDGE SUSAN E. COX
UNITED STATES DISTRICT COURT*