# United States District Court, Northern District of Illinois

| | | | |
|---|---|---|---|
| **Name of Assigned Judge or Magistrate Judge** | ELAINE E. BUCKLO | **Sitting Judge If Other than Assigned Judge** | |
| **CASE NUMBER** | 08 C 1604 | **DATE** | 7/16/08 |
| **CASE TITLE** | James Watson vs. Chicago Police Officer Neberieza | | |

**DOCKET ENTRY TEXT:**

Reference is made to the plaintiff's change-of-address notice [#19]. The plaintiff is reminded of the court's basic filing requirements: (1) the plaintiff must provide the court with the original plus a judge's copy of every document filed; and (2) every document filed must include a certificate of service showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions along with a copy of this order. In the future, the court may strike without considering any document filed that fails to comport with these basic filing rules.

**Docketing to mail notices.**

FILED-EDI
2008 JUL 16 PM 5:05
CLERK
U.S. DISTRICT COURT

mjm