IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES WATSON, | ) | |
| | ) | No.   08 C 1604 |
| Plaintiff, | ) | |
| **Pro Se** | ) | JUDGE BUCKLO |
| | ) | |
| v. | ) | Magistrate Judge Cox |
| | ) | |
| OFFICER NEBERIEZA, Star #11041, | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT'S ANSWER, DEFENSES, AND JURY DEMAND TO PLAINTIFF'S COMPLAINT**, a copy of which is attached hereto and herewith served upon you.

**DATED** at Chicago, Illinois this 25th day of July, 2008.

                                                        MARA S. GEORGES
                                                      Corporation Counsel
                                                      of the City of Chicago

BY:      /s/ Helen C. Gibbons
            HELEN C. GIBBONS
            Assistant Corporation Counsel

30 North LaSalle Street, Room 1020
Chicago, Illinois  60602
(312) 742-3541
Attorney No. 6292881