# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

James Watson

                 Plaintiff,

v.                                                       Case No.: 1:08–cv–01604
                                                         Honorable Elaine E. Bucklo

Officer Neberieza

                 Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

       MINUTE entry before the Honorable Susan E. Cox: Status hearing held. Parties have discussed possibility of settlement but the talks were not productive. Plaintiff is to write a letter to Defendant outlining his position, reasoning and expectations of settlement. The Court advised the Plaintiff of the Settlement Assistance Program and will appoint counsel for this purpose if necessary. Plaintiff is to contact the Court by telephone on 7/30/08 regarding appointment of counsel. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.