UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

James Watson
                    Plaintiff,

v.                                          Case No.: 1:08−cv−01604
                                                    Honorable Susan E. Cox

Officer Neberieza
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Settlement conference date given in open court on 7/29/08 to stand. Plaintiff having contacted the Court on 7/30/08, settlement conference set for 8/26/08 at 1:30 p.m. Attorney Karen Osgood of the law firm Seyfarth Shaw LLP, 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603, Telephone # (312) 460−5809 is given leave to file her limited appearance as Plaintiff's counsel. Counsel was selected pursuant to the Settlement Assistance Program. The parties are directed to review and to comply with Judge Cox's Standing Order Setting Settlement Conference. Copies are available in chambers or through Judge Cox's web page at www.ilnd.uscourts.gov. Plaintiff's counsel shall deliver or fax copies of their most recent settlement demands and offers by 8/22/08. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.