## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

James Watson
                         Plaintiff,

v.                                            Case No.: 1:08–cv–01604
                                             Honorable Susan E. Cox

Officer Neberieza
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

       MINUTE entry before the Honorable Susan E. Cox: Pursuant to a request by Ms. Osgood, and to allow more time for the examination of documents, settlement conference set for 8/26/08 at 1:30 p.m. is stricken. Settlement conference set for 9/15/08 at 1:30 p.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.