# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## LIMITED ATTORNEY APPEARANCE FORM AS
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14

In the Matter of                                    Case Number

JAMES WILSON,
        Plaintiff,
v.                                                  08-CV- 1604
OFFICER NEBERIEZA
        Defendant.


A LIMITED APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED

AS SETTLEMENT ASSISTANCE PROGRAM COUNSEL FOR
(In the space below, enter the name of the party of parties being represented)

| | |
|---|---|
| NAME (Type or print) <br><br> Karen M. Osgood | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> /s/ Karen M. Osgood | |
| FIRM <br><br> Seyfarth Shaw LLP | |
| STREET ADDRESS <br><br> 131 S. Dearborn, Suite 2400 | |
| CITY/STATE/ZIP <br><br> Chicago, IL, 60603 | |
| ID NUMBER <br><br> 6273078 | TELEPHONE NUMBER <br><br> 312-460-5809 |
| E-MAIL ADDRESS <br><br> kosgood@seyfarth.com | |

CH1 11541646.1