IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES WILSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08-CV- 1604 |
| OFFICER NEBERIEZA | ) ) ) |
| Defendant. | ) |

## LIMITED APPOINTMENT OF
## SETTLEMENT ASSISTANCE PROGRAM COUNSEL

The Court hereby appoints the herein named attorney to represent the pro se party solely for the limited purpose of assisting the pro se party in connection with a settlement conference in this case. Appointed counsel shall not be obligated to conduct any discovery, to prepare or respond to any motions and shall not be responsible for the trial of this case. On notice to the Court, appointed counsel may seek to end the representation of the pro se party upon completion of the settlement conference.

Name of Appointed Counsel:   Karen M. Osgood

Law Firm:   Seyfarth Shaw LLP

Street Address:   131 S. Dearborn

Suite Number:   #2400

City, State & Zip Code:   Chicago, IL  60603

Telephone Number:   312-460-5000

I hereby acknowledge that I have read, understand and agree to the terms of this Limited Appointment of Settlement Assistance Program Counsel.

Dated: 9-9 , 2008         _James Watson_
                          Pro Se Party

**ENTER:**

Dated:_____, 2008      _____
                          Judge

CH1 11541642.1